IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDY STANKO,<br><br>    Plaintiff,<br><br>vs.<br><br>MULTNOMAH COUNTY JAIL, et al.,<br><br>    Defendants. | 7:16-CV-5002<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on the defendants' motion to dismiss (filing 9), the Magistrate Judge's findings and recommendation (filing 14) recommending that the motion be granted, and the plaintiff's objection (filing 15) to the findings and recommendation. Having conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that the Magistrate Judge's findings and recommendation were correct in all respects. The Court will grant the defendants' motion to dismiss for the reasons stated by the Magistrate Judge.

  IT IS ORDERED:

  1. The Magistrate Judge's findings and recommendation (filing 14) are adopted.

  2. The plaintiff's objection (filing 15) to the findings and recommendation is overruled.

  3. The defendants' motion to dismiss (filing 9) is granted.

  4. The plaintiff's traverse and request for injunctive relief (filing 11) is denied.

  5. A separate judgment will be entered.

- 2 -

Dated this 12th day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge